UNCLASSIFIED//FOR PUBLIC RELEASE

SECRET

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

Filed with Classified
Information Security Officer

CISO _____

Date _____

| | |
|---|---|
| MOHAMMED AL-ANSI, et al., | : |
| | : |
| Petitioners, | : |
| | : |
| v. | : Civil Action No. 08-1923 (GK) |
| | : |
| BARACK H. OBAMA, et al., | : |
| | : |
| Respondents. | : |
| | : |

## ORDER

Petitioner has filed a Motion for Leave to File Motion to Compel Additional Discovery. Upon consideration of the Motion, the Opposition, the Reply, the Exhibits, and the entire record herein, it is hereby

ORDERED, that Petitioner's Motion for Leave to File Motion to Compel Additional Discovery is **denied without prejudice**; and it is further

ORDERED, that Petitioner may file an appropriate motion on this issue when the Supreme Court has ruled on a petition for writ of certiorari, or the time for filing such a petition has passed, in Uthman v. Obama, 637 F.3d 400 (D.C. Cir. 2011).


August 4, 2011

Gladys Kessler
United States District Judge